PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:02CR00057-01 |
| ) | |
| AMY CHRISTINA TENNIES ) | |
| ) | |

On October 16, 2002, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN**
**United States Probation Officer**

Dated:   May 27, 2005
         Roseville, California
         thb:cd~tdl


**REVIEWED BY:**     /s/ Richard A. Ertola
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

1

Rev. 03/2005
PROB35.MRG

**Re:** **Amy Christina TENNIES**
   **Docket Number:   2:02CR00057-01**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

**Date**: May 31, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

thb:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
　　　 FLU Unit, AUSA's Office
　　　 Fiscal Clerk, Clerk's Office